# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:99-CR-8-1

SHAWN CROMARTIE BURNEY

On Tuesday, December 4, 2007, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                      Respectfully submitted,

/s/ Kevin L. Connolley                      /s/ John A. Cooper  
Kevin L. Connolley                          John A. Cooper  
Supervising U.S. Probation Officer          U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of February, 2011.

Malcolm J. Howard  
Senior U.S. District Judge